Pamela S. Hediger, OSB No. 913099
Evashevski, Elliott, Cihak, and Hediger, PC
PO Box 781
Corvallis, Oregon 97339-0781
Phone: 541.754.0303
Fax: 541.754.1455
pam@eechlaw.com
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SEED RESEARCH, INC., <br> An Oregon Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CRAIG ZIELINSKI and BONNIE ZIELINSKI, as individuals and doing business as BLUE TOP FARM, <br><br> Defendants. | Case No. 6:07-CV-6116 <br><br> **MOTION and ORDER TO DISMISS** <br> *(Unopposed)* |

Seed Research, Inc., through its undersigned attorney, moves the Court for an order dismissing this action, with prejudice, each party to bear its own costs.

Defendants do not oppose this motion.

/ / /

/ / /

/ / /

There are no pending hearings on the Court's calendar of this case.

DATED the 3rd day of October, 2007.

EVASHEVSKI, ELLIOTT, CIHAK
& HEDIGER, P.C.


By/s/ Pamela S. Hediger
PAMELA S. HEDIGER, OSB #913099
pam@eechlaw.com
Of Attorneys for Plaintiff


## ORDER

IT IS SO ORDERED this 9 day of Oct, 2007.

THOMAS M. COFFIN, ~~District~~ Magistrate Judge